DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
PEGGY SASSO,#228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant DENICE MARIE HECTOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-0104 AWI |
| Plaintiff, | DEFENDANT'S REQUEST FOR EXPANDED APPOINTMENT ORDER; ORDER |
| v. | Date: May 15, 2009 |
| DENICE MARIE HECTOR, | Time: 8:30 am |
| Defendant. | Judge: Hon. Anthony W. Ishii |

Pursuant to 18 U.S.C. § 3006A, the Office of the Federal Defender was appointed by the duty magistrate to represent the defendant on March 20, 2009, Counsel undersigned has represented Ms. Hector since that time.

In connection with this matter, pursuant to 21 U.S.C. §881 the Drug Enforcement Administration (DEA) seized the following property from Noel Castillo and Denice Marie Hector:

| Asset ID | Date | Place | Property |
|---|---|---|---|
| 09-DEA-514363 | March 13, 2009 | Turlock, CA | $199,832.00, Safe Deposit Box, Bank of the West |
| 09-DEA-514362 | March 13, 2009 | Turlock, CA | $188,207.24, Wells Fargo Bank Acct. |
| 09-DEA-514322 | March 11, 2009 | Turlock, CA | $311,800.00, U.S. Currency |

///

///

1     On April 16, April 20 and April 24, 2009, respectively, the DEA issued a written Notice of Seizure to Ms. Hector informing her that procedures to administratively forfeit the aforementioned property are underway in the matter of DEA Case Number R9-08-0076.

4     Defense counsel believes that their involvement in the civil forfeiture case is necessary to protect Ms. Hector's Sixth Amendment right to counsel in this criminal case because the two matters are factually intertwined. The key issue in the civil forfeiture case would be whether asset 09-DEA-514363, located in a safety deposit box over which defendant had exclusive control, represents the proceeds of the drug trafficking activities of the defendant's husband, Noel Castillo; this is exactly the same issue in the instant case. Indeed, the government is seeking to settle the defendant's administrative forfeiture claims as part of a plea agreement in the criminal case.

11    18 U.S.C. §3006A(c) states that appointed counsel's representation should continue through every stage of the proceeding, "including ancillary matters appropriate to the proceedings." Additionally, 18 U.S.C. §983(b)(1)(A) states:

> If a person with standing to contest the forfeiture of property in a judicial civil forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title [18 U.S.C. § 3006A] in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

17    Defense counsel assigned to this case has several years of civil litigation experience in federal courts, so expanding the scope of representation will not be a burden.

19    Accordingly, the defendant respectfully asks this Court to authorize the Federal Defender's Office to represent her in all civil forfeiture proceedings related to this case.

21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

Defendant's Request for Expanded
Appointment Order                    −2−

Dated: May 13, 2009

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender

        By:  /s/ Douglas Beevers
                DOUGLAS BEEVERS
                PEGGY SASSO
                Assistant Federal Defender
                Attorneys for Defendant
                DENICE MARIE HECTOR

**O R D E R**

Pursuant to 18 U.S.C. § 3006A(c) and 18 U.S.C. §983(b)(1)(A), this Court approves the expansion of the order appointing counsel to represent DENICE MARIE HECTOR to include representation in all civil forfeiture proceedings related to the pending criminal charges.

THIS ORDER IS ISSUED BY THE UNDERSIGNED IN THE ABSENCE FROM THE COURT OF THE HONORABLE ANTHONY W ISHI, TO AVOID DELAY IN THE REQUESTED REPRESENTATION.

IT IS SO ORDERED.

**Dated:   August 25, 2009**        /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE